**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) <br> ) <br> Andrew Ricardo Guerrero ) <br> 1835 Harrison St. N ) <br> 9-101 ) <br> Twin Falls, ID 83301 ) <br> ) <br> Social Security No.: xxx-xx-6049 ) <br> Employer's Tax I.D. No.: ) <br> ) <br> Debtor ) | Case Number: 24-40612-NGH <br><br> Chapter Number: 13 |

_____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

Upon consideration of Debtor's Application to pay filing fees in installments, the Court ORDERS that the application be GRANTED.

The Debtor shall pay the filing fee according to the following terms:

$ 78.25 on or before 10/23/2024
$ 78.25 on or before 10/25/2024
$ 78.25 on or before 11/08/2024
$ 78.25 on or before 11/22/2024

1. IT IS FURTHER ORDERED that all payments be made at the office of the United States Bankruptcy Court located at U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201
and that until the filing fee is paid in full, the Debtor(s) shall not pay any money or transfer any property to his attorney and his attorney shall not accept any money or property from the Debtor(s) for services in connection with this case.

2. IT IS FURTHER ORDERED that if anytime after the entry of the Order, Debtor(s) shall fail to timely make payment of any installment, then the clerk may issue notice to the Debtor(s) that the entire unpaid balance of the filing fee shall be payable and due within twenty one (21) days, and if not paid, the bankruptcy case may be DISMISSED without further notice.

NOTE: Payments are to be made to the Court in the form of money order or cash only. No personal checks or debit/credit cards will be accepted.

Dated: 10/18/24

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court