# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| ANDREW RICARDO GUERRERO, | CASE NO. 24-40612-NGH |
| Debtor. | |

## ORDER ALLOWING CLAIM #4 AS UNSECURED CLAIM

**THIS MATTER** having come before the Court upon the Debtor's objection to proof of claim #4 filed by creditor Matco Tools. Doc. No. 37. The creditor was afforded notice of the Debtor's objection and the creditor has not filed an objection or response. Therefore, good cause appearing:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. §506, Claim #4 filed by Matco Tools in the amount of $7,332.40 shall be ALLOWED in its entirety for purposes of distribution by the chapter 13 trustee as a general unsecured claim with no portion of that claim entitled to secured status. //end of text//

DATED: March 18, 2025

NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Submitted by:
*/s/ Alexandra Caval*
Alexandra Caval
Attorney for the Debtor

Approved as to form by:
*/s/ Kathleen McCallister (approval via email 3/18/25)*
Kathleen McCallister,
Chapter 13 Trustee

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In re: | Case No. 24-40612-NGH |
| Andrew Ricardo Guerrero | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf059 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Ricardo Guerrero, 1835 Harrison St. N, 9-101, Twin Falls, ID 83301-4287 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5366986 | + | Email/Text: bankruptcy@matcotools.com | Mar 18 2025 23:21:00 | Matco Tools, 4403 Allen Rd, Stow OH 44224, United States 44224-1096 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra O Caval | on behalf of Debtor Andrew Ricardo Guerrero alex@cavallawoffice.com R71985@notify.bestcase.com |
| Jeffrey Philip Kaufman | on behalf of Trustee Kathleen A. McCallister jpk@kam13trustee.com |
| Kathleen A. McCallister | on behalf of Trustee Kathleen A. McCallister kam@kam13trustee.com trusteeIDBKM@ecf.epiqsystems.com |
| Kathleen A. McCallister | |

| District/off: 0976-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf059 | Total Noticed: 2 |

kam@kam13trustee.com  trusteeIDBKM@ecf.epiqsystems.com

US Trustee

ustp.region18.bs.ecf@usdoj.gov

TOTAL: 5